IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN STICKEL,

    Plaintiff,                    No. 2:10-cv-2610 JFM (PC)

    vs.

MARSH,

    Defendant.                 ORDER

_____/

        Plaintiff, a county prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.[1] Plaintiff has not, however, filed an in forma pauperis affidavit or paid the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff will be provided the opportunity either to submit the appropriate affidavit in support of a request to proceed in forma pauperis or to submit the appropriate filing fee.

/////

/////

---

[1] In his complaint, plaintiff alleges that he is trying to join another civil action pending in this court, Brady v. Marsh, No. 2:10-cv-1658-FCD-DAD (PC), which he alleges is class action lawsuit. Plaintiff is informed that the Brady action is not a class action and that he must bring his own civil rights action in order to seek individual relief based constitutional or federal statutory violations arising from the alleged failure of the Solano County Jail to provide a Kosher diet for Jewish inmates.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis on the form provided by the Clerk of Court, or the appropriate filing fee; plaintiff's failure to comply with this order may result in the dismissal of this action; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: October 1, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

12/mp
stic2610.3a

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BENJAMIN STICKEL,

    Plaintiff,                            No. 2:10-cv-2610 JFM (PC)

    vs.

MARSH,                                   SUBMISSION OF

    Defendant.                       IFP or FILING FEE

_____/

    Plaintiff hereby submits the following document in compliance with the court's order filed _____:

          _____          IFP affidavit

                             OR

          _____          The appropriate filing fee

DATED:

                                             _____
                                             Plaintiff